UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JAMES E. BROWN, SR., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:04-1090 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| DR. JAMES G. ROCHE, | ) | |
| Secretary of the Department | ) | |
| of the Air Force, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion to Dismiss and to Strike Plaintiff's Request for Compensatory Damages and a Jury Trial (Docket No. 8) filed by the defendant, Dr. James G. Roche, is **GRANTED**.

It is so ordered.

Enter this 26th day of September 2005.

ALETA A. TRAUGER
United States District Judge